UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES MCCRANEY | CIVIL ACTION |
| VERSUS | NUMBER: 17-17076 |
| P/O THOMPSON, ET AL. | SECTION: "F"(5) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. §1915(e)(2)(B)(ii).

New Orleans, Louisiana, this  2nd  day of May, 2018.

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE